## 15026. CLARK *v.* THE STATE.

LUKE, J. The sole assignment of error is upon the ground that the evidence did not authorize the verdict. There was ample evidence to authorize the conviction. The court, having approved the verdict, properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 5, 1923.

Indictment for fornication and adultery; from Wilcox superior court—Judge Crum. July 27, 1923.

*M. B. Cannon, Eldridge Cutts,* for plaintiff in error.

*J. B. Wall, solicitor-general,* contra.

---

## 15029. KIRKLAND *v.* THE STATE.

BROYLES, C. J. It affirmatively appearing from the bill of exceptions and the record that the bill of exceptions was not tendered to the judge within 20 days of the date of the judgment overruling the motion for a new trial, this court is without jurisdiction to entertain the bill of exceptions.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 5, 1923.

Conviction of stabbing; from Candler superior court—Judge Hardeman. August 9, 1923.

*C. W. Turner,* for plaintiff in error.

*Walter F. Grey, solicitor-general,* contra.

---

## 15030. TAYLOR *v.* THE STATE.

LUKE, J. The motion for a new trial in this case was overruled on August 9, 1923; the movant tendered a bill of exceptions on September 5, 1923, and on that date it was certified by the trial judge. The bill of exceptions having been tendered more than twenty days after the overruling of the motion for a new trial, the writ of error must be

*Dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 5, 1923.

Indictment for assault with intent to rape; from Candler superior court—Judge Hardeman. August 9, 1923.

*C. W. Turner,* for plaintiff in error.

*Walter F. Grey, solicitor-general,* contra.

---